**Franklin B. HENDERSON, Sr., Plaintiff-Appellant,**

v.

**FUJI PHOTO FILM, INCORPORATED, Defendant-Appellee.**

No. 00–2326.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

Franklin B. Henderson, Sr., pro se. Richard James Morgan, McNair Law Firm, P.A., Columbia, SC, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Franklin B. Henderson appeals the district court's order dismissing his civil rights claims and granting summary judgment on his Title VII, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp. 2000), claim of employment discrimination. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Henderson v. Fuji Photo Film, Inc.*, No. CA–99–307–8–20AK (D.S.C. Sept. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*